# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GEMINI INSURANCE COMPANY,

    Plaintiff,

  v.

ERIE INSURANCE COMPANY,

    Defendant.

Civil Action No.: 7:19-cv-07192

~~PROPOSED~~ ORDER

**THIS MATTER** is before the Court upon the Stipulation of Dismissal With Prejudice and Without Costs between Plaintiff, Gemini Insurance Company, and Defendant, Erie Insurance Company. The Court having carefully reviewed said Stipulation and after due consideration,

**IT IS** on this 5th day of _____November 2020_____

**ORDERED AND ADJUDGED** as follows:

1.    The Stipulation of Dismissal With Prejudice and Without Costs filed herein by the parties is hereby **APPROVED**; and it is further

2.    **ORDERED**, that all claims between and among Plaintiff and Defendant are **DISMISSED** with prejudice and without costs to a

SO ORDERED.

_____
THE HON. NELSON S. ROMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/2020__